FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

2008 OCT 30  AM II: 38

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:08CR3147 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **O R D E R** |
| | ) | |
| KARRIE L. PENFOLD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on the request of the Federal Public Defender

for the Court to authorize Nancy K. Peterson, as a Criminal Justice Act Training Panel

Member, to assist in the defense of KARRIE L. PENFOLD.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal

Justice Act Plan for the District of Nebraska, Nancy K. Peterson is hereby assigned to

assist the Federal Public Defender in the representation of the Defendant in the above-

captioned case, and must file an entry of appearance forthwith. Nancy K. Peterson shall

not be eligible to receive compensation for his services in this case.

The Federal Public Defender shall continue to be primary counsel on behalf of the

Defendant, KARRIE L. PENFOLD.

Dated: _Oct. 30, 2008_

BY THE COURT:

UNITED STATES MAGISTRATE JUDGE