IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:08CR3147 |
| KARRIE L. PENFOLD, ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File A Restricted Motion, filing no. 18. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file defendant's Unopposed Motion to Review Detention and Request for Hearing restricted.

IT IS FURTHER ORDERED that said Motion and Order be made available to case participants only.

DATED this 18th day of November, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge