IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3147 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNOPPOSED |
| vs. | ) | MOTION TO CONTINUE TRIAL |
| | ) | |
| KARRIE L. PENFOLD, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on Defendant's motion to continue trial (filing no. 30). Attorney states that she has discussed this matter with Karrie Penfold, and that the speedy trial clock would be tolled due to this motion. The United States Attorney does not object to this continuance.

IT IS ORDERED:

Trial in this matter is hereby continued to 900 a.m., February 9, 2009 before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

SO ORDERED this the 17th day of December, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge